**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ramona HERNANDEZ, Defendant–Appellant.**

**No. 08–16867
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 19, 2009.

Ramona Hernandez, Miami, FL, pro se.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before BLACK, BARKETT and KRAVITCH, Circuit Judges.

**PER CURIAM:**

Sheryl J. Lowenthal, appointed counsel for Ramona Hernandez, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because our independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hernandez's convictions and sentences are **AFFIRMED.**